1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  SAUL CASTANEDA,                        ) NO. CV 06-04108-CJC (MAN)
                                           )
12                    Petitioner,          )
                                           )
13       v.                                ) ORDER ADOPTING FINDINGS,
                                           )
14  MIKE EVANS, WARDEN,                    ) CONCLUSIONS, AND RECOMMENDATIONS
                                           )
15                    Respondent.          ) OF UNITED STATES MAGISTRATE JUDGE
    _____)

16

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

19  for Writ of Habeas Corpus, all of the records herein, the Report and

20  Recommendation of United States Magistrate Judge, and Petitioner's

21  Objections.  The Court has conducted a *de novo* review of those matters

22  to which objections have been stated in writing.  Having completed its

23  review, the Court accepts and adopts the Magistrate Judge's Report and

24  Recommendation and the findings of fact, conclusions of law, and

25  recommendations therein.

26

27       IT IS ORDERED that:  (1) the Petition is DENIED; and (2) Judgment

28  shall be entered dismissing this action with prejudice.

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2   the Judgment herein on counsel for the parties.

3

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6   DATED:   _July 6, 2009____    .

7

8                                        _____
                                         CORMAC J. CARNEY
9                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28