# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL CASTANEDA,<br><br>        Petitioner,<br><br>  v.<br><br>MIKE EVANS, WARDEN,<br><br>        Respondent. | NO. CV 06-04108-CJC (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 8, 2009.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE